## ALTON LOGGINS V. THE STATE.

No. 20103. Delivered January 25, 1939.
Rehearing Denied March 8, 1939.

The opinion states the case.

*P. L. Crossley,* of Eastland, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

KRUEGER, JUDGE.—Conviction is for theft of an automobile; punishment assessed is confinement in the state penitentiary for life.

The indictment, which we deem sufficient, charges that appellant had theretofore on two occasions been convicted of a felony less than capital. Consequently the punishment which he received was authorized by Art. 63, P. C. See, also Arnold v. State, 127 Tex. Crim. Rep., 89; 74 S. W. (2d), 997; Belton v. State, 130 Tex. Crim. Rep., 7.

The record is before us without a statement of facts or bill of exceptions. Hence no question is presented for review.

The judgment of the trial court is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### ON MOTION FOR REHEARING.

GRAVES, JUDGE.—Appellant files a motion herein complaining of the overruling of his motion for a continuance. We find no such motion in the record, and we gather therefrom that same was an oral motion. Of course we have no way of reviewing such a motion. He complains also because of the fact that he was tried without benefit of counsel, and that he was friendless and alone. These matters are presented only in his motion. It is not incumbent on the trial court to furnish counsel to one charged with a felony less than capital. Art. 494, C. C. P.

We see no reason for a further review of this case. In the absence of a statement of facts, we are unable to review the same.

The motion will be overruled.